```
Court Name: United States District Court
Division: 1
Receipt Number: 14683021431
Cashier ID: sbrown
Transaction Date: 05/10/2011
Payer Name: GURA AND POSSESSKY PLLC
--------------------------------------
CIVIL FILING FEE
 For: GURA AND POSSESSKY PLLC
 Amount:        $350.00
--------------------------------------
CHECK
 Remitter: GURA AND POSSESSKY PLLC
 Check/Money Order Num: 1572
 Amt Tendered: $350.00
--------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

FILING FEE
111CV503
```