**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**MICHELLE LANE, ET AL.,**

      **Plaintiffs,**

v.                                                                                          Case No. 1:11CV503

**ERIC HOLDER, ET AL.,**

      **Defendants.**

**CONSENT MOTION TO EXTEND TIME TO
FILE RESPONSIVE PLEADINGS, INCLUDING
MOTION PURSUANT TO FED. R. CIV. P. 12 OR 56**

NOW COMES Defendant W. Steven Flaherty ("Flaherty"), by counsel, pursuant to Rule 6, Fed. R. Civ. P., and respectfully moves this Court to extend the time in which this Defendant must file responsive pleadings, including any motion pursuant to Fed. R. Civ. P. 12 or 56, in this matter. In support of said motion, the Defendant states as follows:

1) Plaintiffs filed this action complaining of federal and Virginia state laws which prohibit the sale of handguns to out-of-state residents.

2) The Complaint contains four separate counts that include alleged violations of Plaintiffs' constitutional rights under the Second and Fourteenth Amendments to the Constitution of the United States, and seeks declaratory and injunctive relief.

3) Plaintiffs served both of the named Defendants. Based on the dates of service, responsive pleadings are due as follows: June 1, 2011 (Flaherty), and July 11, 2011 (Holder).

4) Due to the complexity of the legal issues presented and the length of time needed to adequately prepare responsive pleadings and any motion pursuant to Fed. R. Civ. P. 12 or 56,

Defendant Flaherty respectfully submits that additional time to respond is necessary and will assist the Court in resolving the issues presented by the Complaint.

5) Accordingly, Flaherty respectfully requests that the deadline for filing responsive pleadings, including any motion pursuant to Fed. R. Civ. P. 12 or 56, be extended to July 11, 2011, the date on which Defendant Holder is due to respond.

6) Counsel for the Plaintiffs and counsel for Defendant Holder consent to this motion.

7) A hearing on this consent motion is hereby waived.

8) A proposed order is attached to this consent motion.

WHEREFORE, Defendant W. Steven Flaherty, by counsel, and pursuant to Rule 6, Fed. R. Civ. P., respectfully moves this Court to extend the time in which he must file responsive pleadings, including any motion pursuant to Fed. R. Civ. P. 12 or 56, in this matter to July 11, 2011.

    Respectfully submitted,

    W. STEVEN FLAHERTY,


  By: _____/s/_____
    Catherine Crooks Hill
    Virginia State Bar Number 43505
    Office of the Attorney General
    900 East Main Street
    Richmond, Virginia  23219
    Telephone: (804) 786-8199
    Fax: (804) 371-2087
    E-mail: cchill@oag.state.va.us

Kenneth T. Cuccinelli, II
Attorney General of Virginia

Charles E. James, Jr.
Chief Deputy Attorney General

Wesley G. Russell, Jr.
Deputy Attorney General

George W. Chabalewski, VSB No. 27040
Catherine Crooks Hill, VSB No. 43505
Senior Assistant Attorneys General

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of May 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

    Alan Gura
    GURA & POSSESSKY PLLC
    101 N. Columbus Street
    Suite 405
    Alexandria, VA 22314
    alan@gurapossessky.com

    Anna Elizabeth Cross
    U. S. Attorney Office
    2100 Jamieson Avenue
    Alexandria, VA 22314
    anna.cross@usdoj.gov

    By:    _____/s/_____
           Catherine Crooks Hill
           Virginia State Bar Number 43505
           Attorney for W. Steven Flaherty
           Office of the Attorney General
           900 East Main Street
           Richmond, Virginia 23219
           Telephone: (804) 786-8199
           Fax: (804) 371-2087
           E-mail: cchill@oag.state.va.us