UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | )
|---|---|
| MICHELLE LANE, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:11-cv-00503-GBL-TRJ |
| | ) |
| ERIC HOLDER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the District of Columbia's Consent Motion to Extend Time to Respond, the Memorandum of Points and Authorities in Support thereof, opposing counsel's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District of Columbia's Consent Motion to Extend Time to Respond be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the District's response to the First Amended Complaint is due on or before July 11, 2011.

SO ORDERED.

DATE: 6/14/11

/s/Thomas Rawles Jones, Jr.
~~GERALD BRUCE LEE~~
~~United States District~~ Judge

THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA