IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MICHELLE LANE, et al., | ) | Case No. 1:11-CV-00503-GBL-TRJ |
| | ) | |
| Plaintiffs, | ) | MOTION FOR PRELIMINARY INJUNCTION |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR PRELIMINARY INJUNCTION**

**COME NOW** the Plaintiffs, Michelle Lane, Amanda Welling, Matthew Welling, and the Second Amendment Foundation, Inc., by and through undersigned counsel, and move this Honorable Court for entry of an order preliminary enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing 18 U.S.C. § 922(b)(3), 27 CFR § 478.99, Va. Code § 18.2-308.2:2, and D.C.M.R. 24-2320 in such manner as to forbid the transfer of handguns to otherwise qualified individuals on account of their state of residence. Plaintiff's counsel contacted Defendants' counsel, who indicated Defendants oppose this motion.

Dated: June 20, 2011          Respectfully submitted,

                                          Alan Gura (Va. Bar No. 68842)
                                        Gura & Possessky, PLLC
                                        101 N. Columbus Street, Suite 405
                                        Alexandria, VA 22314
                                        703.835.9085/Fax 703.997.7665

                                By: /s/ Alan Gura
                                          Alan Gura
                                          Attorney for Plaintiffs

CERTIFICATE OF SERVICE

       I hereby certify that on the 20th day of June, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Anna Elizabeth Cross
U. S. Attorney Office
2100 Jamieson Avenue
Alexandria, VA 22314
anna.cross@usdoj.gov
Counsel for Eric Holder

Catherine Crooks Hill
Office of the Attorney General
900 E Main St
Richmond, VA 23219
cchill@oag.state.va.us
Counsel for W. Steven Flaherty

Thomas L. Koger
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Thomas.Koger@dc.gov
Counsel for District of Columbia

                                              /s/ Alan Gura
                                              Alan Gura
                                              GURA & POSSESSKY, PLLC
                                              101 N. Columbus Street, Suite 405
                                              Alexandria, VA 22314
                                              703.835.9085/Fax 703.997.7665
                                              alan@gurapossessky.com
                                              Counsel for Plaintiffs