IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHELLE LANE, et al. ) | Case No. 1:11-CV-503-GBL/TRJ |
| ) | |
| Plaintiffs, ) | DECLARATION OF |
| ) | AMANDA WELLING |
| v. ) | |
| ) | |
| ERIC HOLDER, et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF AMANDA WELLING**

I, Amanda Welling, am competent to state and declare the following based on my personal knowledge:

1. I currently reside in the District of Columbia.

2. I am over the age of 21, am not under indictment, have never been convicted of a felony or misdemeanor crime of domestic violence, am not a fugitive from justice, am not an unlawful user of or addicted to any controlled substance, have not been adjudicated a mental defective or committed to a mental institution, have not been discharged from the Armed Forces under dishonorable conditions, have never renounced my citizenship, and have never been the subject of a restraining order relating to a child or an intimate partner.

3. Several homes on the Capitol Hill block where I live with my husband and infant son have been burglarized in recent years. We have experienced theft from our patio and car. I am concerned for our family's safety, and want to have a handgun at our home for self-defense. We would like to accept the offer of my dad, David Slack of Texas, to gift us a handgun for our use in home self-defense. I have verified that the handgun, a Glock 19, is legal for us to possess

in Washington, D.C. My dad would transfer the handgun to me through a federal licensee in Virginia near our home. In case of emergency, my husband could use the handgun as well.

4. I find it burdensome and expensive to make multiple trips between gun stores outside the District of Columbia, the police station, and Charles Sykes's office (or any other location to which he would move) inside the District, just to purchase a handgun. I also find it burdensome and expensive to pay the costs of transferring guns from an out-of-state federal firearms licensee to Charles Sykes, and then to pay Sykes's $125 transfer fee, just to acquire a handgun.

5. But for the various rules and regulations that forbid me from doing so, I would take possession of the handgun my dad would gift me from a Virginia federal firearms licensee near our home. I would comply with all other federal, state, and District firearms transfer laws, including the mandatory background check, and register my handgun in full compliance with District of Columbia law. While the handgun from my dad would be a welcome addition in our house, I would participate more frequently in the market for handguns in the absence of restrictions on the acquisition of handguns from out-of-state.

6. I also understand that in order to complete the acquisition of a handgun from a federal licensee, I must fill out a form on which I declare my state of residence, the District of Columbia being considered a state for these purposes. I am unwilling to provide a false answer on that form.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 19th day of June, 2011.

_____
Amanda Welling