IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHELLE LANE, et al. | ) Case No. 1:11-CV-503-GBL/TRJ |
| | ) |
| Plaintiffs, | ) DECLARATION OF |
| | ) JULIANNE VERSNEL |
| v. | ) |
| | ) |
| ERIC HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JULIANNE VERSNEL

I, Julianne Versnel, am competent to state and declare the following based on my personal knowledge:

1. I am the Director of Operations for the Second Amendment Foundation, Inc. ("SAF").

2. SAF is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF has over 650,000 members and supporters nationwide, including Virginia and the District of Columbia. The purposes of SAF include promoting the exercise of the right to keep and bear arms; and education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

3. Many of SAF's members and supporters purchase handguns for traditional lawful purposes, including self-defense.

4. As SAF's members and supporters in Virginia, the District, and throughout the United States participate in the market for handguns, they are also adversely impacted by the

additional costs and loss of choice imposed by interstate handgun transfer prohibitions. Owing to SAF's mission, SAF's resources are taxed by inquiries into the operation and consequences of interstate handgun transfer prohibitions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 20th day of June, 2011.

_____
Julianne Versnel