IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MICHELLE LANE, et al., | ) | Case No. 1:11-CV-00503-GBL-TRJ |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for preliminary injunction.

Upon consideration of the memoranda in support and in opposition to the motion, and upon hearing oral argument, the Court determines that the motion should be, and is, GRANTED.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are hereby enjoined from enforcing 18 U.S.C. § 922(b)(3), 27 CFR § 478.99, Va. Code § 18.2-308.2:2, and D.C.M.R. 24-2320 in such manner as to forbid the transfer of handguns to otherwise qualified individuals on account of their state of residence. [This injunction shall remain in force through the entry of final judgment].

SO ORDERED.

This the ___ day of July, 2011.

_____
The Hon. Gerald Bruce Lee
United States District Judge

Copies to: ECF Counsel