IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MICHELLE LANE, et al., | ) | Case No. 1:11-CV-00503-GBL-TRJ |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF HEARING** |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that oral argument will be presented to the Court on Plaintiff's Motion for Preliminary Injunction in the above-captioned matter on **Friday, July 15, 2011** beginning at **10:00 a.m.**, in the United States District Court for the Eastern District of Virginia, Alexandria Division, Albert V. Bryan, Sr. United States Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314.

Dated: June 20, 2011                          Respectfully submitted,

                                                          Alan Gura (Va. Bar No. 68842)
                                                          Gura & Possessky, PLLC
                                                          101 N. Columbus Street, Suite 405
                                                           Alexandria, VA 22314
                                                           703.835.9085/Fax 703.997.7665
                                                           alan@gurapossessky.com

                                                      By:  /s/ Alan Gura
                                                           Alan Gura

                                                           Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

       I hereby certify that on the 20th day of June, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Anna Elizabeth Cross
U. S. Attorney Office
2100 Jamieson Avenue
Alexandria, VA 22314
anna.cross@usdoj.gov
Counsel for Eric Holder

Catherine Crooks Hill
Office of the Attorney General
900 E Main St
Richmond, VA 23219
cchill@oag.state.va.us
Counsel for W. Steven Flaherty

Thomas L. Koger
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Thomas.Koger@dc.gov
Counsel for District of Columbia

                                      /s/ Alan Gura
                                      Alan Gura
                                      Gura & Possessky, PLLC
                                      101 N. Columbus Street, Suite 405
                                      Alexandria, VA 22314
                                      703.835.9085/Fax 703.997.7665
                                      alan@gurapossessky.com
                                      Counsel for Plaintiffs