IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHELLE LANE, et al. | ) Case No. 1:11-CV-503-GBL/TRJ |
| Plaintiffs, | ) DECLARATION OF |
| | ) DAVID SLACK |
| v. | ) |
| ERIC HOLDER, et al., | ) |
| Defendants. | ) |

## DECLARATION OF DAVID SLACK

I, David Slack, am competent to state and declare the following based on my personal knowledge:

1. I currently reside in Texas, and lawfully own various firearms.

2. I am concerned for the safety of my daughter, Amanda Welling, and the safety of her family in Washington, D.C. I want Amanda and her husband, Matt, to be able to defend themselves and my grandson in their Capitol Hill home. In order to help them exercise their right of self-defense, I would like to transfer to Amanda one of my handguns, a Glock 19.

3. I would transfer the handgun through a federal firearms licensee in Virginia, across the river from Washington, D.C., for delivery to my daughter Amanda. I refrain from doing so only because Amanda's residence in our nation's capital makes it legally impossible for her to take possession of the handgun from a federal firearms licensee in Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 29 day of May 2011.

David Slack