IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHELLE LANE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:11cv503 (GBL/TRJ) |
| ) | |
| ERIC HOLDER, Attorney General of the ) | |
| United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

For the reasons stated in the parties' Joint Motion to Vacate Scheduling Order and Set Briefing Schedule on Plaintiffs' Preliminary Injunction Motion, it is hereby

ORDERED that the Court's Order of June 9, 2011 is VACATED, and it is further

ORDERED that the parties shall comply with the following briefing schedule and hearing date:

    a.    Defendants shall file their opposition to plaintiffs' motion for a preliminary injunction on or before **July 8, 2011**.

    b.    Plaintiffs shall file their reply in support of their motion for a preliminary injunction, if any, on or before **July 13, 2011.**

    c.    The Court has set a hearing on plaintiffs' motion for a preliminary injunction on **July 15, 2011.**

Date: _____

                                                                          _____
                                                                          Gerald Bruce Lee
                                                                          United States District Judge