IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHELLE LANE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:11cv503 (GBL/TRJ) |
| ERIC HOLDER, Attorney General of the United States, *et al.*, | ) |
| Defendants. | ) |

**PROPOSED JOINT DISCOVERY PLAN**

In accordance with Federal Rule of Civil Procedure 26(f) and this Court's Order dated June 9, 2011, the parties jointly and by counsel, submit their joint discovery plan.

1. The parties have conferred pursuant to Rule 26(f).

2. In their First Amended Complaint, Plaintiffs allege that a federal statute, a federal regulation, a Virginia law, and a District of Columbia regulation violate their Second Amendment right to bear arms and their Fifth and Fourteenth Amendment rights to equal protection. *See* U.S. Const. Amend. II, V & XIV; 18 U.S.C. § 922(b)(3); 27 C.F.R. § 478.99; Va. Code § 18.2-308.2:2; D.C.M.R. 24-2320.3(b) & (f).

3. Accordingly, the First Amended Complaint presents pure questions of law that may be decided on motions to dismiss and/or for summary judgment.

4. Discovery is not foreseeable at this time. If, however, a party requires discovery at some future date, that party will seek leave of the Court to obtain that limited discovery on or before October 14, 2011, the close of discovery date set in the Court's Scheduling Order.

5. The parties agree that settlement discussions would not be fruitful at this time and will notify the Court if they believe that a settlement conference may be beneficial at a later time.

6. The parties do not consent to the trial of this matter by a United States Magistrate Judge.

Respectfully submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

June 29, 2011                           By:_____/s/_____
Lauren A. Wetzler
Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Fax:          (703) 299-3983
Email: lauren.wetzler@usdoj.gov

COUNSEL FOR THE ATTORNEY GENERAL


_____/s/_____
Catherine Crooks Hill
George Chabalewski
Office of the Attorney General
900 E Main St
Richmond, VA 23219
Email:  cchill@oag.state.va.us

COUNSEL FOR W. STEVEN FLAHERTY

_____/s/_____
Thomas L. Koger, VSB No. 40086
Office of the Attorney General for the
District of Columbia

Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-4170
Fax: (202) 715-7762
Email:  Thomas.Koger@dc.gov

COUNSEL FOR DISTRICT OF COLUMBIA

         /s/
Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Ste. 405
Alexandria, VA 22314
Email:  alan@gurapossessky.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Ste. 405
Alexandria, VA 22314
alan@gurapossessky.com
Counsel for Plaintiffs

Catherine Crooks Hill
Office of the Attorney General
900 E Main St
Richmond, VA 23219
cchill@oag.state.va.us
Counsel for W. Steven Flaherty

Thomas L. Koger
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Thomas.Koger@dc.gov
Counsel for District of Columbia

Date: June 29, 2011                                     /s/
                                                    Lauren A. Wetzler
                                                    Assistant United States Attorney
                                                    Justin W. Williams U.S. Attorney's Building
                                                    2100 Jamieson Avenue
                                                    Alexandria, Virginia 22314
                                                    Telephone: (703) 299-3752
                                                    Fax:       (703) 299-3983
                                                    Email: lauren.wetzler@usdoj.gov
                                                    Counsel for the Attorney General