IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Michelle Lane )<br>    *et al.*, )<br>                                      )<br>          Plaintiffs, )<br>                                      )<br>   v. )<br>                                      )<br>Eric Holder )<br>    *et al.*, )<br>                                      )<br>          Defendants. )<br>_____) | Civil Action No. 1:11cv503 (GBL/TRJ) |

O R D E R

The Rule 16(b) conference set for July 6, 2011 is hereby removed from the docket, and the parties' Rule 26(f) Report is taken under advisement. The magistrate judge will contact counsel for a telephone conference the week of July 11, 2011, if necessary, and will issue a Rule 16 order in due course.

It is so ORDERED.

ENTERED this 5th day of July, 2011.

                                                               /s/
                                        Thomas Rawles Jones, Jr.
                                        United States Magistrate Judge

Alexandria, Virginia