**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

---

|  |  |  |
|---|---|---|
| **MICHELLE LANE, MATTHEW WELLING, AMANDA WELLING, and SECOND AMENDMENT FOUNDATION,  INC.,** | : : : : | Case No. 11-CV-503 GBL/TRJ |
| **Plaintiffs,** | : : | **MOTION TO SEVER AND TRANSFER** |
| **v.** | : : | |
| **ERIC HOLDER, Attorney General of the United States, W. STEVEN FLAHERTY, Superintendent, Virginia State Police; and THE DISTRICT OF COLUMBIA,** | : : : : : | |
| **Defendants.** | : : | |

---

**DEFENDANT THE DISTRICT OF COLUMBIA'S MOTION TO SEVER PLAINTIFFS'
FIFTH CLAIM AND TO TRANSFER LITIGATION OF PLAINTIFFS' FIFTH CLAIM
TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Defendant, the District of Columbia ("District"), by and through undersigned counsel, respectfully moves this Court for an Order, pursuant to Fed. R. Civ. P. 21, severing Plaintiffs' sole claim against the District, their Fifth Claim of the Amended Complaint, which presents a constitutional challenge only to District municipal regulations.

The District further moves this Court to transfer that severed Fifth Claim, pursuant to 28 U.S.C. § 1406, to the United States District Court for the District of Columbia.  As explained in the District's Memorandum Of Points And Authorities submitted in support of this motion and incorporated herein by reference, this relief is within the Court's sound discretion and the grounds for this motion is that the relief requested would serve the judicially-recognized, strong interest courts have in having local controversies decided at home.

The District's counsel has contacted counsel for each of the other parties herein regarding the relief sought hereby.  Counsel for Plaintiffs has advised that Plaintiffs will oppose this motion.  Counsel for Defendant Superintendent Flaherty has advised that Superintendent Flaherty consents to the relief sought.  Counsel for Attorney General Holder advises that the Attorney General takes no position with regard to this motion.

Dated: July 6, 2011

Respectfully submitted,

/s/ Thomas L. Koger
THOMAS L. KOGER, VSB No. 40086
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-4170
Facsimile: (202) 715-7762
Thomas.Koger@dc.gov

*Counsel for Defendant the District of Columbia*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/

Lauren A. Wetzler
Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Email: lauren.wetzler@usdoj.gov

COUNSEL FOR THE ATTORNEY GENERAL


Catherine Crooks Hill
George W. Chabalewski
Office of the Attorney General
900 E Main St
Richmond, VA 23219
Email:  cchill@oag.state.va.us

COUNSEL FOR W. STEVEN FLAHERTY


Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Ste. 405
Alexandria, VA 22314
Email:  alan@gurapossessky.com

COUNSEL FOR PLAINTIFFS

/s/ Thomas L. Koger
THOMAS L. KOGER, VSB No. 40086
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Tel.: (202) 724-4170; Fax: (202) 715-7762
Thomas.Koger@dc.gov

*Counsel for Defendant the District of Columbia*