IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **MICHELLE LANE, MATTHEW WELLING, AMANDA WELLING, and SECOND AMENDMENT FOUNDATION, INC.,** | Case No. 11-CV-503 GBL/TRJ |
| **Plaintiffs,** | |
| v. | |
| **ERIC HOLDER, Attorney General of the United States, W. STEVEN FLAHERTY, Superintendent, Virginia State Police; and THE DISTRICT OF COLUMBIA,** | |
| **Defendants.** | |

**[PROPOSED] ORDER GRANTING DEFENDANT THE DISTRICT OF COLUMBIA'S MOTION TO SEVER PLAINTIFFS' FIFTH CLAIM SEVERED FROM THE AMENDED COMPLAINT**

This matter has come before this Court upon Defendant The District Of Columbia's Motion To Sever Plaintiffs' Fifth Claim From The Amended Complaint,

The Court having heard oral argument thereon, and having considered the motion, supporting memoranda, the opposition thereto, and the record herein, it is this _____ day of July 2011,

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs' Fifth Claim is hereby severed from the Amended Complaint.

SO ORDERED.

_____
GERALD BRUCE LEE
United States District Judge

Copies to All Counsel of Record