**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

———————————————————————

**MICHELLE LANE, MATTHEW WELLING,
AMANDA WELLING, and
SECOND AMENDMENT FOUNDATION, INC.,**

        **Plaintiffs,**

        **v.**

**ERIC HOLDER, Attorney General of the
United States, W. STEVEN FLAHERTY,
Superintendent, Virginia State Police; and
THE DISTRICT OF COLUMBIA,**

        **Defendants.**

———————————————————————

:
:
:
:
:   Case No. 11-CV-503 GBL/TRJ
:
:
:
:
:
:
:
:
:
:
:
:

**[PROPOSED] ORDER GRANTING DEFENDANT THE DISTRICT OF COLUMBIA'S
MOTION TO TRANSFER PLAINTIFFS' FIFTH CLAIM SEVERED
FROM THE AMENDED COMPLAINT**

This matter has come before this Court upon Defendant The District Of Columbia's

Motion To Transfer Plaintiffs' Fifth Claim Severed From The Amended Complaint,

The Court having heard oral argument thereon, and having considered the motion,

supporting memoranda, the opposition thereto, and the record herein, it is this _____ day of

July 2011,

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs' Fifth Claim, severed from the Amended Complaint, is hereby

transferred to the United States District Court for the District of Columbia.

SO ORDERED.

———————————————————
GERALD BRUCE LEE
United States District Judge

<u>Copies to All Counsel of Record</u>