IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MICHELLE LANE, MATTHEW WELLING, AMANDA WELLING, and SECOND AMENDMENT FOUNDATION, INC., | Case No. 11-CV-503 GBL/TRJ |
| Plaintiffs, | Notice of Hearing |
| v. | |
| ERIC HOLDER, Attorney General of the United States, W. STEVEN FLAHERTY, Superintendent, Virginia State Police; and THE DISTRICT OF COLUMBIA, | |
| Defendants. | |

**NOTICE OF HEARING OF DEFENDANT THE DISTRICT OF COLUMBIA'S MOTION TO SEVER PLAINTIFFS' FIFTH CLAIM FROM THE AMENDED COMPLAINT AND TO TRANSFER LITIGATION OF PLAINTIFFS' FIFTH CLAIM TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

PLEASE TAKE NOTICE that on **Friday, July 15, 2011, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, in the United States District Court for the Eastern District of Virginia, Albert V. Bryant, Sr. United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, Defendant The District Of Columbia ("District"), by and through undersigned counsel, will move this Court for an Order, pursuant to Fed. R. Civ. P. 21, severing Plaintiffs' Fifth Claim set forth in the Amended Complaint herein and transferring that severed Fifth Claim, pursuant to 28 U.S.C. § 1406, to the United States District Court for the District of Columbia.

Dated: July 6, 2011                                     Respectfully submitted,

                                                        /s/ Thomas L. Koger
                                                        THOMAS L. KOGER, VSB No. 40086
                                                        Office of the Attorney General for the
                                                        District of Columbia

Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-4170
Facsimile: (202) 715-7762
Thomas.Koger@dc.gov

*Counsel for Defendant the District of Columbia*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/
Lauren A. Wetzler
Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Email: lauren.wetzler@usdoj.gov

COUNSEL FOR THE ATTORNEY GENERAL


Catherine Crooks Hill
George W. Chabalewski
Office of the Attorney General
900 E Main St
Richmond, VA 23219
Email:  cchill@oag.state.va.us

COUNSEL FOR W. STEVEN FLAHERTY


Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Ste. 405
Alexandria, VA 22314
Email:  alan@gurapossessky.com

COUNSEL FOR PLAINTIFFS

/s/ Thomas L. Koger_____

2

3

THOMAS L. KOGER, VSB No. 40086
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Tel.: (202) 724-4170; Fax: (202) 715-7762
Thomas.Koger@dc.gov

*Counsel for Defendant the District of Columbia*

3