UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| MICHELLE LANE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-00503-GBL-TRJ |
| ) | |
| ERIC HOLDER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Plaintiffs' Motion for Preliminary Injunction, the Memoranda of Points and Authorities in Support thereof and in opposition thereto, the entire record herein, and it appearing that the relief should be denied, it is hereby:

ORDERED, that the Plaintiffs' Motion for Preliminary Injunction be, and hereby is, DENIED, for the reasons stated on the record in the hearing of this matter held on July 15, 2011.

SO ORDERED.

DATE: _____        _____
                                    GERALD BRUCE LEE
                                    United States District Judge