IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MICHELLE LANE, et al., | ) | Case No. 1:11-CV-00503-GBL-TRJ |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

This matter came before the Court on Defendant District of Columbia's motion to transfer the Fifth Claim for Relief.

Upon consideration of the memoranda in support and in opposition to the motion, and upon hearing oral argument, the Court determines that the motion should be, and is, DENIED.

SO ORDERED.

This the ___ day of July, 2011.

_____
The Hon. Gerald Bruce Lee
United States District Judge

Copies to: ECF Counsel