# CIVIL MINUTES

DATE: 7-15-11      CASE NUMBER: 1:11CV503      START 10:44

JUDGE: Lee        REPORTER: R. Wilson          END 11:00

Michelle Lane, et al.

v.

Eric Holder, et al.

Counsel for Plaintiff(s): Lauren Wexler, Stephen Obermeier, Melissa Anderson

Counsel for Defendant(s): Thomas Roger, Andrew —, George Chabalewski, Katherine Hill off of atty gen.

THIS MATTER CAME ON FOR HEARING ON:

1) Pltff's motion for P.I. - heard and findings stated from the Bench. Denied.

2) ∆'s motion to sever.