IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Michelle Lane, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:11cv503 |
| | ) |
| Eric Holder, Attorney General | ) |
| of the United States of America, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court on Plaintiffs Michelle Lane, Amanda Welling, Matthew Welling, and the Second Amendment Foundation's Motion for Preliminary Injunction. (Dkt. No. 16.) For the reasons stated in open court on July 15, 2011, it is hereby

ORDERED that Plaintiffs' Motion for Preliminary Injunction is DENIED. It is further

ORDERED that this matter is DISMISSED, and this case is now administratively closed. It is further

ORDERED that all Motions in this case are DENIED AS MOOT.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 15th day of July, 2011.

Alexandria, Virginia

                                                      /s/
                                      Gerald Bruce Lee
                                      United States District Judge