IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHELLE LANE, AMANDA WELLING, MATTHEW WELLING, and SECOND AMENDMENT FOUNDATION, INC., ) ) ) ) | Case No. 1:11-CV-503-GBL/TRJ |
| Plaintiffs, ) ) | |
| v. ) ) | |
| ERIC HOLDER, Attorney General of the United States; W. STEVEN FLAHERTY, Superintendent, Virginia State Police; and DISTRICT OF COLUMBIA, ) ) ) ) ) | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Michelle Lane, Amanda Welling, Matthew Welling, and Second Amendment Foundation, Inc., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final order denying the motion for preliminary injunction and dismissing the action, and judgment entered on the 15th day of July, 2011.

Dated: July 29, 2011                    Respectfully submitted,

                                        Alan Gura (Va. Bar No. 68842)
                                        GURA & POSSESSKY, PLLC
                                        101 N. Columbus Street, Suite 405
                                        Alexandria, VA 22314
                                        703.835.9085/Fax 703.997.7665


                                By: /s/ Alan Gura
                                        Alan Gura
                                        Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Anna Elizabeth Cross
U. S. Attorney Office
2100 Jamieson Avenue
Alexandria, VA 22314
anna.cross@usdoj.gov
Counsel for Eric Holder

Catherine Crooks Hill
Office of the Attorney General
900 E Main St
Richmond, VA 23219
cchill@oag.state.va.us
Counsel for W. Steven Flaherty

Thomas L. Koger
Office of the Attorney General for the
District of Columbia
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Thomas.Koger@dc.gov
Counsel for District of Columbia

/s/ Alan Gura
Alan Gura
GURA & POSSESSKY, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com
Counsel for Plaintiffs