```
Court Name: United States District Court
Division: 1
Receipt Number: 14683023217
Cashier ID: rbroaden
Transaction Date: 08/01/2011
Payer Name: ALAN GURA
------------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: ALAN GURA
  Amount:         $455.00
------------------------------------------
CREDIT CARD
  Amt Tendered:   $455.00
------------------------------------------
Total Due:        $455.00
Total Tendered:   $455.00
Change Amt:       $0.00

NOTICE OF APPEAL
11lCV503
```