## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _07/29/11_<br><br>✓ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA    ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _____ | **District:**<br><br>United States District Court - EDVA<br><br>**Division:**<br><br>Alexandria<br><br>**Caption:**<br><br>Michelle Lane, et al.<br>-v-<br>Eric Holder, et al. | **District Case No.:**<br><br>1:11cv503<br><br>**4CCA No(s). for any prior NOA:**<br><br><br>**4CCA Case Manager:** |

| | |
|---|---|
| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | **Fee Status:**<br>___ No fee required (USA appeal)<br>✓ Appeal fees paid in full<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to **District Court**)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br>Gerald Bruce Lee | |
| **Court Reporter** (list all):<br>Renecia Wilson | **Sealed Status** (check all that apply):<br>___ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |
| **Coordinator:**<br>Maria Hewitt | |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable):<br><br>___ Assembled electronic record transmitted<br><br>___ Additional sealed record emailed to 4cca-filing<br><br>___ Paper record or supplement shipped to 4CCA<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | **Record Status for Counseled Appeals** (check any applicable):<br><br>___ Assembled electronic record available if requested<br><br>___ Additional sealed record available if requested<br><br>___ Paper record or supplement available if requested<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>✓ In-court hearings held – all transcript not on file<br><br>___ Other: |

Deputy Clerk: Kathy Lau          Phone: (703)299-2101   Date: 08/01/11

02/2011