FILED: August 10, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

AUG 1 0 2011

No. 11-1847
(1:11-cv-00503-GBL-TRJ)

MICHELLE LANE; SECOND AMENDMENT FOUNDATION, INC.;
MATTHEW WELLING; AMANDA WELLING

    Plaintiffs - Appellants

v.

ERIC H. HOLDER, JR., Attorney General of the United States; W. STEVEN
FLAHERTY, Superintendent, Virginia State Police; DISTRICT OF COLUMBIA

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Court Case Number | 1:11-cv-00503-GBL-TRJ |
| Date notice of appeal filed in originating court | 07/29/2011 |
| Appellant(s) | Michelle Lane, Second Amendment Foundation, Inc., Matthew Welling, Amanda Welling |
| Appellate Case Number | 11-1847 |
| Case Manager | Michael Radday 804-916-2702 |